1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12  THERESA D. LARA,                          )          Case No.: C 10-4359 PVT
                                             )
13              Plaintiff,                    )          **ORDER REFERRING THIS CASE TO**
                                             )          **DISTRICT JUDGE RICHARD SEEBORG FOR**
14      v.                                    )          **CONSIDERATION OF WHETHER CASE IS**
                                             )          **RELATED TO CASE NO. C10-00751 RS**
15  COUNTY OF SANTA CLARA, et al.,            )
                                             )
16              Defendants.                   )
    _____ )

17

18          It has come to the court's attention that this case may be related to an earlier-filed case

19  pending before District Judge Seeborg, *Lara v. Cemdar II Enterprises et al.,* case no. C10-00751 RS.

20  Thus, it is appropriate to consider whether these two cases are "related" such that they should be

21  assigned to the same judge.  *See* Civil L.R. 3-12(c).  Therefore,

22          IT IS HEREBY ORDERED that this case is referred to Judge Seeborg for consideration of

23  whether this case is related to the earlier filed case pending before him.

24  Dated:   *10/1/10*

25                                                      PATRICIA V. TRUMBULL
                                                       United States Magistrate Judge

26

27

28

ORDER, *page 1*